**United States District Court**
**Southern District of New York**
_____

**RAJAN NABE,**

                              **Plaintiff,**                    20 cv 10784 (JGK)

        - against -                                    <u>ORDER</u>

**JERICHO WHOLESALE LLC, ET AL.,**

                              **Defendants.**
_____

**JOHN G. KOELTL, District Judge:**

    Based on the agreement of the parties, the Court enters this Temporary Restraining Order enjoining the defendants, until **January 26, 2021,** from terminating or failing to renew the current franchise agreement between the parties. No bond is required. The parties are directed to submit a Proposed Scheduling Order with respect to the plaintiff's motion for preliminary injunction.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **December 29, 2020**            _____/s/ John G. Koeltl_____
                                                                       **John G. Koeltl**
                                                         **United States District Judge**