```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**RAJAN NABE,**

                Plaintiff,        20-cv-10784 (JGK)

    - against -                <u>ORDER</u>

**JERICHO WHOLESALE LLC, ET AL.,**

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The Court will treat the current papers from the plaintiff as an application for a preliminary injunction.  Opposition papers are due **January 19, 2021**.  Reply papers are due **February 2, 2021**.  The Court will hold a telephone hearing on **February 24, 2021** at 2:30 p.m.  Dial-in: 888 363-4749, with access code 8140049.  The current Temporary Restraining Order is continued on consent until further Order of the Court.

    **SO ORDERED.**

**Dated:**    New York, New York
           January 7, 2021          <u>/s/ John G. Koeltl</u>
                                                  **John G. Koeltl**
                                      **United States District Judge**