```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**RAJAN NABE,**

                Plaintiff,        20-cv-10784 (JGK)

     - against -              <u>ORDER</u>

**JERICHO WHOLESALE LLC, ET AL.,**

                Defendants.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    All current deadlines are stayed. All current conferences or hearings are canceled <u>sine die</u>. The temporary restraining order remains in effect by agreement. The parties will file a status report no later than **February 12, 2021.**

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **January 19, 2021**          <u>/s/ John G. Koeltl</u>
                                                      **John G. Koeltl**
                                            **United States District Judge**