UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAJAN NABE

    PLAINTIFF,   CIV ACT #: 20-CV-10784-JGK

v.

JERICHO WHOLESALE, LLC AND
117 MORNINGSIDE AVE. CORP. AND
BILL WOLF PETROLEUM CORP.

    DEFENDANT      February 12, 2021
-----------------------------------------------------------X

> Application granted.
> SO ORDERED
>
> February 16, 2021    /s/ John G. Koeltl
> New York, NY        John G. Koeltl
>                              U.S.D.J.

## MOTION FOR EXTENSION ON CONSENT

    The Plaintiff hereby moves the Court to extend the date within which the parties are required to submit a status report to and including March 1, 2021. This date was reached in consultation with Attorney Neal Torczyner who consents to this motion.

    By way of general update, of the parties are, and have been, engaged in an effort to reach global resolution of the issues between them. Unfortunately, people in plaintiff's offices, including one of the principals, tested COVID positive requiring quarantine. As a result of which, the offices suffered a degree of disarray, to put it mildly. We expect to reengage shortly, as the offices come back on line.

    In compliance with the Court's chambers practices, the parties were required to submit a status report February 12, 2021. This is the first requested extension of that deadline. All parties consent. Further, given the Court order (Doc # 24), all other dates appear static.

Accordingly, for all the foregoing reasons, the undersigned respectfully submits the motion should be granted and that the parties should file a status report March 1, 2021.

THE PLAINTIFF,
RAJAN NABE

By: _____
John J. Morgan (JM 4039)
Barr & Morgan
84 West Park Place, Third Floor
Stamford, CT 06901
Ph. (203) 356-1595
Fx: (203) 504-8926
jmorgan@pmpalawyer.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 12 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:_____

John J. Morgan (JM 4039)
Barr & Morgan
84 W. Park Pl., Third Floor
Stamford, CT 06901
Ph. (203) 356-1595
Fx: (203) 357-8397
Jmorgan@pmpalawyer.com