# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RAJAN NABE,

           Plaintiff,

-against-                     20 **CIVIL** 10784 (JGK)

## JUDGMENT

JERICHO WHOLESALE, LLC AND
117 MORNINGSIDE AVE. CORP. AND
BILL WOLF PETROLEUM CORP.,

           Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2021, and pursuant to F.R.C.P. 41(a)(1), the plaintiff has voluntarily dismissed this action without prejudice. More particularly, the defendant has withdrawn the PMPA notice of Non-renewal in this matter. Further, the defendant has not filed either an Answer or Motion for Summary Judgement in this action. Plaintiff reserves all other rights he may have. Judgment is entered dismissing this case without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

    May 11, 2021

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                          **BY:**       *K. Mango*
                                                    _____
                                                  **Deputy Clerk**